# UNITED STATES DISTRICT COURT



**EASTERN** DISTRICT OF **CALIFORNIA**

——oOo——

AUG 11 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

JOSE D. HOLMES
JAMES BROWN
DEANNA WILLIAMS

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

**2** 1 0 - F . - 2 4 0   **DAD**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. Between on or about July 14, 2008 and on or about August 5, 2010 in Sacramento and San Joaquin Counties, in the Eastern District of California, and elsewhere, the defendant(s) did, (Track Statutory Language of Offense)

‣   Knowingly and without lawful authority, produce, transfer, possess with intent to use, an identification document, authentication feature, or a false identification document, knowing that such document or feature was stolen or produced without lawful authority; Did, during and in relation to any felony violation enumerated, knowingly transfer, possess, or use, without lawful authority, a means of identification of another; Did knowingly and with intent to defraud produce, use, or traffic in one or more counterfeit access devices; Did, by scheme or artifice, for obtaining money or property by means of false or fraudulent pretenses, representations or promises, did transmit or cause to transmit by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures or sounds for the purpose of executing such scheme or artifice; Did, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, conducted or attempted to conduct such a financial transaction which in fact involved the proceeds of a specified unlawful activity with the intent to promote the carrying on of specified unlawful activity.

in violation of Title 18, United States Code, Section(s) 1028, 1028A, 1029, 1343, and 1956. I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

‣   **See Attached Affidavit of Probable Cause**

Continued on the attached sheet and made a part of this complaint:   **X**

Signature of Complainant PaulGrimm
United States Secret Service

Sworn to before me, and signed in my presence
August 11, 2010                                            at      Sacramento, California

Date                                                                    City                              State

Dale A. Drozd            United States Magistrate Judge

Name of Judge                          Title of Judge                Signature of Judge

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANTS

I, Paul J. Grimm, Special Agent, United States Department of Homeland Security, United States Secret Service, having been duly sworn, do state that:

### INTRODUCTION

1.      I am a Special Agent with the United States Secret Service (hereinafter referred to as "USSS") and have been so employed since December of 2007. I am currently assigned to the Financial Crimes Squad in the San Francisco Field Office. As part of my training to become a USSS Special Agent, I completed a 12 week Criminal Investigator Training Program at the Federal Law Enforcement Training Center, in Glynco, Georgia. I then completed an additional 17 weeks of training at the United States Secret Service Academy in Beltsville, MD.

2.      As part of my official duties, it is my responsibility to investigate financial crimes including identity theft, counterfeit identifications, counterfeit currency, counterfeit traveler's checks, counterfeit corporate checks, counterfeit personal checks, as well as other cases involving counterfeit securities, bank fraud, credit card fraud, computer fraud, and other financial crimes.

3.      As a Special Agent with the USSS, I have experienced and participated in criminal investigations relating to identity theft, counterfeit identification, counterfeit currency, counterfeit travelers checks, counterfeit corporate checks, counterfeit personal checks, credit card fraud, and bank fraud. I have also been briefed by and had conversations with other Special Agents within the USSS with more experience about other identity theft, counterfeit currency, and counterfeit check cases, both locally and nationally, as well as the crimes of bank fraud, mortgage fraud, and credit card fraud. I have also conducted investigations regarding the manufacturing and utterance of counterfeit currency and counterfeit traveler's checks, counterfeit corporate checks, counterfeit personal checks and counterfeit identifications.

4.      As a result of my training and experience, I have gained knowledge in the utility of physical surveillance, electronic surveillance, oral surveillance, consensual recording, investigative interviews, mail covers, garbage searches, Global Positioning System (GPS) tracking devices, pole-mounted cameras, the service of Grand Jury subpoenas, courtroom testimony, and the execution of federal and state search and arrest warrants.

1

5.      In addition to the aforementioned investigative techniques, I analyzed information resulting from traditional record searches, such as financial records, credit card transaction records, utility records, telephone toll and subscriber records, and Internet Service Provider records.

6.      I have interviewed criminals regarding the means of obtaining, storing and using people's Personal Identifying Information including victims' credit cards, credit card numbers, driver's license numbers, and other forms of personal identification.  During many of these investigations, the criminals have admitted to their modus operandi and their utilization of computers, electronic data storage devices, and telephones as part of their scheme to store and transfer Personal Identifying Information in order to commit identity theft.  Your affiant knows from his training and experience in the field of identity theft and fraud investigations, that individuals involved in these crimes often utilize computers, electronic storage devices, email, and telephones to carry out their crimes or coordinate with co-conspirators.

7.      I make this Affidavit is support of an application for a complaint and arrest warrants for Jose D. Holmes, James Brown, and Deanna Williams.

8.      The information upon which this Affidavit is based includes:

> (a)    First hand observations;
>
> (b)    Witness interviews conducted by myself and other law enforcement officials;
>
> (c)    Official records from other law enforcement officials involved in this investigation; and,
>
> (d)    Official records obtained from various victims and businesses

9.      In this case, I believe that there is probable cause to believe that Jose D. Holmes, James Brown, and Deanna Williams, and others, have engaged in identity theft, access device fraud, wire fraud, and money laundering in the State and Eastern District of California and elsewhere.

10.     This Affidavit is made in support of an application for a complaint and arrest warrants.  It does not contain every fact of this investigation but only information necessary to establish probable cause.

### FEDERAL STATUTE VIOLATIONS

11.     My investigation involves the following crimes which I believe are being committed  in the Eastern

District of California and elsewhere:

**18 U.S. Code § 1029 – Fraud and related activity in connection with access devices;**

**18 U.S. Code § 1028 – Fraud and related activity in connection with identification**

**documents, authentication features, and information;**

**18 U.S. Code § 1028A – Aggravated Identity Theft;**

**18 U.S. Code § 1343 – Wire Fraud;**

**18 U.S. Code § 1956 – Laundering of monetary instruments;**


### FACTS ESTABLISHING PROBABLE CAUSE

12.     This case originated on 5/20/09 when Inspector Angela Zinn, United States Postal Inspection

Service, contacted the United States Secret Service to report a fraud scheme involving the use of stolen

credit card information to purchase stored value cards, which were then converted to cash withdrawn at

local Automatic Teller Machines (ATMs).

13.     On 5/22/09, I spoke with Inspector Zinn at her office.  She explained that Damion Ellis, Director of

Security and Safety for the Hilton Hotel in San Francisco, California, contacted her to report that he

believed that credit card information of hotel guests was being compromised by one of his employees.

Several former guests had apparently called the hotel to complain that fraudulent charges had appeared

on their cards, and they believed their card information had been compromised during their stay at the

Hilton Hotel in San Francisco.

14.     Additionally, John Knowlton, a Corporate Security Manager at Safeway, Inc, contacted Inspector

Zinn to report suspected fraud at his stores. Mr. Knowlton explained that stolen credit card information

was utilized on several occasions to "reload" Visa Only1 prepaid debit cards at Safeway stores[1].  Through

examination of transaction records following a customer fraud complaint, Mr. Knowlton was able to

produce a list of fifteen (15) credit cards being used to reload the Visa Only1 cards.  All available in-store

surveillance video showed an unknown black male in his mid twenties conducting the transactions.  All

---

[1] Prepaid debit cards are also referred to as "stored value cards."  Essentially the cards can be loaded with a dollar
amount and then can be used like debit cards up to the amount on the card.  When the dollar amount is depleted a
customer can "reload" (add additional money) onto the card and continue using it.

reloads were for amounts of approximately $485, and all but one of the credit cards used in those transactions was immediately identified as previously used at the Hilton Hotel in San Francisco.  Records produced by the Hilton San Francisco confirmed that twelve (12) of the victims were checked in by Hilton employee Deanna Williams.

15.     A query of the National Crime Information Center (NCIC) for Deanna Williams revealed that she has a criminal record dating back to 1990, with numerous arrests, misdemeanor convictions for grand theft and DUI, and felony convictions for fraud to obtain aid and assault with a deadly weapon.  Williams is currently on probation for her March 2009 DUI conviction.

16.     Mr. Ellis also reported that in interviews with a number of the people who had reported their credit cards as compromised at the Hilton San Francisco, victims positively identified Williams as the employee who checked them in.  In addition, several victims explained that during check in, Williams left the front desk area in possession of their credit card and went into another room where the victim could not observe her. Mr. Ellis stated that in the course of her duties, Williams has no legitimate reason to leave the front desk during a check in process.

17.     Mr. Knowlton advised that, through cross linking the activation numbers and credit cards, the known fraud linked to 73 stored value cards which had been reloaded using 198 credit cards for a total loss of $232,602.  Fraud committed with those 73 cards occurred in the San Francisco and Sacramento areas as well as in Phoenix, Arizona; Portland, Oregon; Seattle, Washington, and Southern California. I was provided with the records from Safeway regarding the fraudulent transactions, and I determined that the first fraudulent transaction linked to this investigation occurred on 7/14/08. I also examined Hilton records which showed that the card used during that transaction (MasterCard ending in 6338) was used at the Hilton San Francisco on 7/09/09, and the guest was checked in by Deanna Williams.

18.     On 5/26/09, Mr. Knowlton provided me with a list of 19 additional fraudulent transactions that occurred over the previous weekend (5/22/09 and 5/23/09), totaling $9,880.  I then contacted Mr. Ellis at the Hilton San Francisco to determine if any of the 19 fraudulent cards used at Safeway over the weekend were previous guests at his hotel.  Mr. Ellis later confirmed 14 of those cards were used by Hilton guests checked in by Williams prior to their use at Safeway stores on 5/22/09 and 5/23/09.

4

19.     On 6/12/09, agents from the U.S. Secret Service San Francisco Field Office and members of the Oakland Police Department executed a search warrant at Deanna Williams' residence at 2124 Damuth Street, Apt 1, Oakland, CA 94601. Among the documents recovered during the search was a Hilton San Francisco folio receipt. The receipt belonged to "N.W." (home address in Basingstoke, Great Britain) who arrived on 9/1/08 and checked out on 9/5/08.

20.     On 6/15/09, Mr. Ellis (Hilton San Francisco) informed me that "N.W." was checked in by Deanna Williams, and he presented his black American Express card at check in. Mr. Ellis also provided me with a copy of a report filed by N.W. with the Hilton on 9/4/08. In the report N.W. stated that he discovered fraudulent charges at Safeway on his card, and Deanna Williams was the only person to handle his credit card. N.W. further stated that during check-in, Williams left his view in possession of his card for approximately ten minutes. A search of the fraudulent transaction records provided by Safeway revealed that N.W.'s American Express card was used fraudulently at Safeway (5) times on 9/3/09 to reload (5) different Visa stored value cards for a total of $1,910.

21.     On 7/16/09, I spoke with a representative for Galileo Processing, the company that manages customer data for the Visa Only1 prepaid debit cards, which are issued by MetaBank. The representative explained that customers who purchase these cards must first register the cards in order to put additional funds on the card (known as "reloading"). During the registration process, the customer must provide a name, address, social security number, date of birth, and phone number. According to Galileo, the data provided is then verified by TransUnion by ensuring the name, address, and social security number match.

22.     I examined the account data from Galileo for the 73 Visa Only1 cards, which I had obtained through a search warrant, and learned that all of the cards had been registered. In addition, all of the cards had unique customer information that passed TransUnion's verification, which indicated to me the theft of at least 73 victims' Personally Identifying Information, hereinafter referred to as PII. The account data revealed that on several occasions, these accounts were activated via telephone. Nine different phone numbers used to make these calls were captured in the event log provided by Galileo Processing: 510-878-2283, 510-604-7144, 510-754-8008, 510-927-6747, 510-209-8961, 510-372-3318, 510-355-

5

5202, 510-432-6194, and 510-393-1604. Galileo Processing also provided a list of all Internet Protocol (IP) addresses from which the fraudulently used Visa Only1 cards were activated or accessed.

23.    On 8/11/09, I conducted an initial analysis of phone records provided by Comcast Cable, pursuant to a search warrant, for the number 510-878-2283 which was used to access several of the Visa Only1 accounts. The number was registered to Amber Holmes with a mailing address of 2073 Wallace Avenue, San Leandro, CA 94577. Jose Dejuan Holmes was also listed as a resident at that address. A query of NCIC revealed Jose Dejuan Holmes has a criminal record dating back to 1991 that includes numerous arrests and 7 misdemeanor convictions for various offenses, including drugs, fighting, and false checks.

24.    My review of the Galileo Processing phone logs also revealed that since July 2008 (when it appears the fraud began), calls were made to/from phone number 510-878-2283 to access several fraudulent Only1 accounts. Calls were also made to and from this number to Deanna Williams' personal cell phone number, 510-978-8063. Furthermore, every other phone number utilized to activate the Visa Only1 accounts has made a call to or received calls from 510-878-2283. I also obtained records from Comcast Communications via search warrant and learned that one of the IP addresses used to activate fraudulent Visa Only1 cards was assigned to the account of: Amber Holmes, 2073 Wallace Ave, San Leandro, CA 94577. The phone numbers listed in that account were 510-878-2283 and 510-604-7144, both of which I identified as having been used to activate Visa Only1 cards.

25.    On 8/25/09, I conducted a review of Deanna Williams' cell phone (510-978-8063) records provided by Metro PCS via a search warrant. I learned that of the 9 phone numbers used to fraudulently activate the Visa Only1 accounts purchased at Safeway, William's placed calls to and/or received calls from 7 of those numbers.

26.    On 9/02/09, I began an analysis of records for the email address j2double2003@yahoo.com, which was provided during registration for 7 of the activated Visa Only1 cards and was the only email address used multiple times. I learned that the account was registered to James Henry Brown, IV (2092 Springbrook Court, Oakley, CA 94561). I looked at Brown's California driver's license photo, and he appears to me to be the person captured on Safeway video surveillance at stores in the San Francisco Bay Area and the Phoenix, Arizona area. Further review of Brown's email contents revealed

6

correspondence with dumpleon@gmail.com.  Between 7/14/09 and 7/25/09, Brown requested a Bank Identification Number (BIN) list and pricing for credit card numbers from "dumpleon".  After receiving the requested information, Brown ordered $500 worth of credit card numbers, sending payment via MoneyGram to the name "Veleriy Pavlovich Fotin" in St. Petersburg, Russia.  A query in NCIC revealed that Brown does not have a criminal record.

26.     Other emails within Brown's account, j2double2003@yahoo.com, reflect that he ordered 25 credit card accounts from "Maxx R" at the email address just.homemail@gmail.com on 12/29/09.  After Brown received the 25 accounts, he emailed them to greenedom35@yahoo.com on 12/30/09.  Additionally, Brown received 29 stolen accounts from "William Black" (poohpooh7795@yahoo.com) on 1/20/10 (three of which he subsequently sent to jdimagio89@yahoo.com on 3/25/10).  Safeway records verified that on 1/20/10 and 1/21/10, six of the account numbers contained in the email received on 1/20/10 from "William Black" were used in a total of 17 fraudulent transactions which occurred at six separate Safeway stores.

27.     In addition, Brown's email contained numerous invoices for merchandise ordered on-line via credit card.  Although the shipping address on the orders was Brown's current residence, the name and billing address for the credit card were: Georgio King, 40 Bellam Blvd, San Rafael, CA.  It appears to me, therefore, that Brown was in possession of Georgio King's credit card information, which he was fraudulently using to charge items for himself.

28.     Brown's driver's history with the California Department of Motor Vehicles included a record of a citation in June 2009, while he was driving a vehicle with license plate 5ZWU662.  That license plate was registered to Ieasha Monique Merritt at 2092 Springbrook Court, Oakley, CA 94561, which was also Brown's current address.  A review of the Visa Only1 account registration information provided by Galileo Processing shows that one of the cards (last four x9648) is registered under the name Ieasha Merritt, with an email address of j2double2003@yahoo.com, and $8,241.65 worth of fraudulent reloads.  The phone numbers 510-372-3318 (a Metro PCS number registered to Ieasha Merrit) and 510-754-8008 (a Sprint number registered to "Virgin Mobile") were used to activate the account and change the PIN.  The registration phone number and address provided were 510-677-7696 and 25800 Industrial Blvd #L304, Hayward, CA.

29.     My examination of the Visa Only1 account holder data also revealed that another card (last four x4667) was registered to James Brown at the same address listed on Merritt's account.  The subject card (x4667) incurred $11,686.81 in fraud loss.  Brown's account was activated by phone number 510-432-6194, which is an AT&T Wireless number registered in his name.  In addition to being used to activate several Visa Only1 cards, more than 100 calls were made between this number and Deanna Williams' cell phone.  Through common IP addresses, phone numbers, mailing addresses, or email addresses, I was able to link approximately 34 of the 74 original Visa Only1 accounts identified in this investigation to James Brown.

30.     Additionally, on 9/03/09, I reviewed the IP address history associated with Brown's email (j2double2003@yahoo.com) and learned that at 10:49 PST on 3/16/09 Brown accessed his email from IP address 65.243.161.162, which belongs to the Hampton Inn at the Seattle Tacoma Airport in Seattle, Washington.  (Note that credit cards compromised at the Hilton San Francisco were used on 3/16/09 in Seattle, WA to fraudulently reload Visa Only1 cards linked to this investigation).  In addition, at 12:04 PST on 5/04/09 Brown accessed his email from IP address 65.122.15.169, which belongs to the Phoenix Airport in Phoenix, AZ.  (Note that credit cards compromised at the Hilton San Francisco were used in Phoenix, AZ from 5/02/09 to 5/04/09 to fraudulently reload Visa Only1 cards).  I reviewed surveillance clips from Safeway stores in Phoenix which captured pictures of the suspect, and I believe that the person pictured is James Brown.

31.     On 10/20/09, I began reviewing the contents of text messages from James Brown's last known cell phone account (510-830-8819), obtained via search warrant. My analysis revealed numerous messages to and from the number 510-379-0612, which belongs to Jose D. Holmes, (resident of 2073 Wallace Ave, San Leandro). Based on my training and experience, some of the text messages referred to purchasing credit card numbers.  Examples include: "Dnt 4get to tell yo contact u startn out small only to c if u should continue big" and "Whn un git at him again ask whn they wil get here and chk on you cards cause u nd to be bouncen out just like me".   These messages were sent on dates coinciding with Brown ordering stolen credit card numbers via email. There are also lengthy text messages sent back and forth regarding previous work together and possible future collaboration.

8

32.     My review of the text messages also seem to indicate,  based on my training and experience, that messages regarding other crimes are also being exchanged: drug dealing (with 510-335-4071), instant credit (with 510-379-0612), and making checks.  In addition, Brown exchanges PII for third parties (including account numbers, names, social security numbers, and dates of birth) with the numbers 408-625-0437 and 408-661-7679.  He also received text messages from 510-355-6411 with orders such as: "MAKE BETTY BROWN AND PAMELA BARNES", and "MAKE IDA SPENCER" which he later forwarded to 408-625-0437.  On another occasion, Brown sent his name, address, and the last four digits of his Social Security Number to "Keyana" at (510) 372-6632 via text message.  He requested fraudulent pay stubs made in his name from this same individual, and he agreed to pay $100 for the bogus pay stubs. Separately, in response to a text message from a friend asking him where he worked, Brown responded, "I aint got no job im out hustln".

33.     Comcast Communications records confirm that the IP address assigned to Brown's home address (2092 Springbrook Ct, Oakley, CA), was used to activate fraudulent Visa Only1 accounts.  In addition to Brown's home address, the Comcast records revealed that Visa Only1 cards were also activated from IP addresses assigned to the following individuals:

   - J R Lindsey, 1716 Derby St, Berkeley, CA 94703; 510-355-4071

      *note that Lindsey's phone number is identical to the phone number mentioned earlier with which
      Brown was exchanging text messages regarding illegal drugs

   - Raheem Mohammed, 3415 Maple Ave, Oakland, CA 94602; 510-395-7602

34.     On 10/29/09, I received a copy of Walnut Creek Police Report #2009-208 dated 1/3/09.  The report states that a suspect attempted to load $485 onto a Visa Only1 prepaid debit card at Safeway store #936 in Walnut Creek, CA using fraudulent credit card information.  The same suspect was seen the previous day conducting a similar transaction, so the clerk obtained the license plate number of the vehicle the subject was driving.  The license plate (5ZWU662) was registered to James Henry Brown. Brown was questioned by Walnut Creek Police and denied being in Walnut Creek at the time of the attempted fraud.  He claimed to have left his vehicle in Oakland with a friend named Clayton Smith.  After interviewing Brown, Walnut Creek Police Officers presented a photo lineup to the employees at Safeway store #936, but none of the employees positively identified James Brown as the suspect.

35.     Transaction records provided by Galileo Processing for the fraudulent Visa Only1 accounts show times and locations for cash withdrawals from ATMs following the fraudulent reloads.  ATM surveillance video was obtained for numerous transactions that occurred at a Wells Fargo ATM located at the Sharon Heights Shopping Center in Menlo Park, CA on 9/4/09 and 9/5/09.  Video from 9/4/09 showed two black males, one who appears to me to be Jose Holmes and another unidentified man who appears to be about 50 years old.  The two arrived together and engaged in conversation with each other during the course of several transactions.  The video from 9/5/09 showed the same subject from the previous evening (Jose Holmes) as well as a separate subject who I believe was James Brown.

36.     On 11/3/09, I followed up on a law enforcement flyer that I received depicting an unknown suspect engaged in credit card fraud at a Safeway in Belmont, CA.  The suspect in the photo appeared to me to be Jose Holmes (to include a tattoo that can be seen on his right arm).  I contacted Detective Pete Lotti of the Belmont Police Department and obtained police report #0910-0133.  The report stated that 3 credit cards that were reported lost/stolen were used in transactions occurring at the Belmont Safeway at approximately 17:50 on 10/23/09.  The suspect attempted to reload (2) Visa Only1 prepaid debit cards.  I then reviewed Safeway store records which Safeway Corporate Loss Prevention Manager Tony Higgins identified as linked to this investigation.  The spreadsheet provided by Mr. Higgins included 3 transactions occurring at the Belmont Safeway at 17:50, 17:51, and 17:53 on 10/23/09.  The credit card numbers and Visa Only1 card numbers matched those reported by the Belmont Police.

37.     On 11/20/09, I observed a 1998 Buick with license plate 5UKS981 parked in front of Jose Holmes' residence at 2073 Wallace Ave, San Leandro.  I queried National Crime Information Center (NCIC) and determined that the vehicle was registered to Kelly Dean Miles of 1318 Swainson Ct, Vallejo, CA.  I compared Miles' driver's license photo to the ATM surveillance video taken at the Sharon Heights shopping center on 9/4/09, and it appears to me that Miles is the black male who was with Jose Holmes and who personally conducted several fraudulent transactions.  Also note that phone records obtained for Holmes cell phone (510-379-0612) demonstrate heavy call traffic between Holmes and Miles.

38.     On 12/8/09, I observed a Lexus sedan and a Chevrolet SUV (license plate 6HUG834) both arrive at 2073 Wallace Ave, San Leandro.  Two black males exited the SUV, one black male exited the Lexus

10

sedan, and all three subjects entered the house.  The driver of the SUV grabbed a bag out of the back

seat of the SUV before entering the house.

39.        On 12/9/09, a representative from Dollar Thrifty Auto Group (DTAG) responded to a previous

inquiry regarding a 2009 Dodge Charger with license plate G356864 seen parked in front of 2073 Wallace

Ave, San Leandro, CA on 11/23/09.  The vehicle was rented from Dollar Thrifty's Oakland location by

Andre Williams.  Williams provided the phone number 510-379-0612 (Jose Holmes' number) on the rental

contract, rather than the number he used on previous rentals (510-455-0095).  In addition, the 1994

Lexus sedan registered to A. Williams was seen parked in front of 2073 Wallace on the same day as the

Dodge Charger.

40.        Also on 12/9/09, I observed the same Chevrolet SUV as the previous day (6HUG834) arrive in

front of 2073 Wallace Ave, San Leandro, CA with at least three male passengers.  A black male fitting the

description of Jose Holmes exited from the rear passenger door, entered the house, and returned to the

vehicle a few minutes later.  The vehicle then departed.

41.        I queried NCIC and determined that the vehicle with license plate 6HUG834 was a 2009

Chevrolet Tahoe registered to Enterprise Rent-A-Car.  On 12/10/09, I spoke with the manager of the

Enterprise location in Orangevale, CA.  She confirmed that the Chevrolet Tahoe bearing the license plate

6HUG834 was rented from that location on 12/1/09.  The customer was a black female who presented a

Tennessee driver's license in the name of Katie Smith.  She provided a Navy Federal Credit Union Visa

card (last four digits 6554), also with the name Katie Smith, for payment.

42.        I queried NCIC for the Tennessee driver's license number provided by the customer who rented

the Chevrolet Tahoe.  I was not able to find a Tennessee driver's license with that number, nor could I

find any driver's license in the state of Tennessee for Katie Smith.  In addition, a search using google.com

revealed that the mailing address "Katie Smith" provided did not exist.  I later confirmed this finding with

Inspector Angela Zinn, Unites States Postal Inspection Service.

43.        I then contacted Navy Federal Credit Union's (NFCU) Fraud Loss Department and discovered

that the Visa credit card presented at Enterprise to rent the Chevrolet Tahoe is a valid account owned by

a customer named Katie Smith.  A subsequent conversation with Ms. Smith revealed that the last time

she used her Visa card (last four -6554) was approximately two months prior.  Katie Smith is a Caucasian

female, and she has never been issued a Tennessee driver's license.  In addition, her address and date of birth did not match those provided on the Enterprise rental contract.  Ms. Smith stated that her card was physically stolen from her wallet sometime in October 2009.

44.       At approximately 18:20 on 12/09/09, I observed a large Chevrolet SUV (matching the description of the Chevrolet Tahoe) parked in front of 2073 Wallace Ave with three passengers inside.  Another vehicle, with only one passenger, also parked in front of the residence.  After about five minutes, all four passengers departed in the SUV.  The SUV returned to the residence at approximately 02:20 on the morning of 12/11/09.  At that time, one passenger departed in the car that he arrived in earlier, and one of the passengers in the SUV went into the house for a few minutes before returning to the SUV and departing with the remaining passengers.  During the time between the departure of the four passengers and their return at 2:20am, Safeway records show that fraudulent activity associated with this investigation began at their San Anselmo, CA store at approximately 19:45 on 12/10/09.  The fraudulent transactions continued north along highway US-101 and were recorded in 7 additional store locations, culminating with two fraudulent transactions in Sebastopol, CA at approximately 23:45.

45.       On 12/13/09, I observed a large Chevrolet SUV in front of 2073 Wallace Ave, San Leandro, CA that appeared to be the Chevrolet Tahoe with plate 6HUG834.  On several occasions, black male subjects moved between the SUV, other unidentified vehicles, and the house.  At 20:10 two male subjects exited the house, got into the SUV, and departed.

46.       On 12/17/09, I observed Andre Williams' Lexus and a blue Chevrolet Suburban with Colorado license plate 076RIK parked in front of 2073 Wallace Ave, San Leandro, CA.  I contacted a DTAG representative, who confirmed that the blue Suburban was rented to Andre Williams on 12/14/09.  I further determined that A. Williams rented vehicles from DTAG's Oakland location on 10/19/09, 10/26/09, 11/2/09, and 12/2/09 as well.

47.       On 12/17/09, at approximately 16:50, I observed Andre Williams and Jose Holmes exit the residence at 2073 Wallace Ave.  Williams departed in the Lexus and Holmes departed in the Suburban.  Later that same day (at approximately 20:30), I observed only the Lexus parked in front of the house.  The rented Suburban then returned, and two male subjects remained in the parked vehicle for about 10

12

minutes (darkness prevented positive identification).  After ten minutes, one of the male subjects exited the Suburban and entered the Lexus.  Then, both vehicles departed.

48.     On 12/28/09, I observed Jose Holmes arrive at 2073 Wallace Ave, San Leandro, CA in a black Chevrolet sedan with license plate 6JIH925.  Holmes departed in the passenger seat of the vehicle with a black male, later identified as Marvin Andrews, driving.  A query of NCIC determined that the vehicle was registered to Hertz Rental Car.  The Corporate Security Manager for Hertz advised me that the vehicle was rented from the Hertz location in Oakland by Andre Williams on 12/21/09.  A. Williams utilized the same credit card as during previously identified transactions with Dollar Thrifty Auto Group (DTAG).  Transaction history obtained for that credit card showed that A. Williams also rented vehicles at Dollar/Thrifty in Oakland, CA on December 14th, 22nd, 26th, and 29th, and he rented vehicles from Hertz in Oakland, CA on December 21st, 26th, 29th, and 30th.

49.     On 12/29/09, Officer Gorman of the Scotts Valley Police Department informed me that the Chevrolet Tahoe with license plate 6HUG334, which was reported stolen by Enterprise Rent-A-Car, was found abandoned in a shopping center in Scotts Valley, CA.  He agreed to impound and seal the vehicle until I was able to respond and search the interior.

50.     On 12/30/09, I searched the Tahoe and removed (2) credit cards, (1) Macy's Gift Card, a passport photo of a black female in a Walgreens sleeve, a Western Union receipt for a Netspend prepaid card, and other miscellaneous receipts and scraps of paper.  By utilizing a magnetic stripe reader, I determined that one of the credit cards, a Visa card in the name of Antoine Ellis with an account number ending in 3483, was re-encoded with another individual's account number (ending in 9559).

51.     John Knowlton (Safeway) was able to confirm that the re-encoded account number (ending in 9559) was fraudulently used multiple times at several Safeway stores.  Mr. Knowlton was immediately able to associate that fraudulent account number with four other fraudulent cards that were used successively at the same register.  On those four accounts, which were used on 12/9/09 and 12/10/09, 13 transactions were attempted (10 successfully) at 6 different store locations.  The dates and times of those transactions coincide with the dates and times that the stolen Tahoe was observed departing from or arriving at 2073 Wallace Ave, San Leandro, CA.

52.     I also spoke with an American Express Security Manager, regarding the American Express card recovered in the stolen Tahoe; he confirmed that the name on the card, "E.A.", is the true account holder. The card was reported lost or stolen and replaced on 11/25/09. There were 3 fraudulent transactions on the card on 11/24/09 totaling $3,648.86.  $1,639.60 was charged to the card at Rite Aid in Sonora, CA; $2009.26 was charged at WalMart in Sonora, CA; and $936.00 was declined at CVS Pharmacy in Stockton, CA.

53.     On 1/5/10, I observed a vehicle with the license plate 5YEK880 in the driveway at 2073 Wallace Ave in San Leandro, CA.  The vehicle was driven by Marvin Andrews, an associate of Jose Holmes. Through a query of NCIC, I determined that the registered owner of the car was Tomico McCoy at 881 Athens Ave, Oakland, CA. Note that four of the original Visa Only1 prepaid cards used in this scheme were fraudulently registered to the following addresses on Athens Ave. in Oakland: 874, 878, 861, and 883. I further obtained a driver's license photo of Ms. McCoy, and recognized her as an associate of Andrews.

54.     On 3/24/10, United States Postal Inspector Angela Zinn advised that James Brown and Ieasha Merritt filed a change of address with the Post Office on 1/06/10, moving from 2092 Springbrook Court, Oakley, CA to 2418 Carpinteria Drive, Antioch, CA 94531.

55.     On 4/05/10, I conducted further analysis of Deanna Williams' call logs for her cell phone, number (510) 978-8063.  I learned that between 11/11/08 and 5/22/09 Deanna Williams exchanged over 100 phone calls with the number (510) 355-4071, which was previously identified as belonging to Lonell Lindsey (a.k.a. J.R. Lindsey).  This number was saved in her cell phone contacts list as "J R".  During that same time frame, Deanna Williams also exchanged calls with the number (510) 613-5615, which is a number Jose Holmes provided to the Oakland Police Department as his phone number upon his arrest on 12/06/09.  Additionally, Deanna Williams exchanged calls with the phone number 510-455-0095 between 9/11/08 and 3/29/09.  The phone number (510) 455-0095 has previously been linked to Andre Williams, an associate of Jose Holmes.

56.     On 5/04/10, I observed two vehicles parked in the driveway of James Brown's new address, 2418 Carpinteria Dr, Antioch, CA.  One vehicle, a maroon Lexus, was registered to Ieasha Merritt, Brown's girlfriend.  The second vehicle was a silver 2003 BMW 745 with a paper dealer plate.  I conducted a

14

query of CLETS, and determined that the silver BMW was registered to James Brown. I also observed a
black male matching James Brown's description walk between the house and the BMW several times.

57.      On 5/14/10, while conducting surveillance, I observed James Brown's vehicle stop at an unknown
address on Babcock Lane in Tracy, CA. I later conducted a query of the commercial database Accurint
for 2107 Babcock Lane, Tracy, CA and learned that "Dae Holmes" is listed as a current resident. In
addition, the report listed Dae Holmes' previous addresses as 2073 Wallace Avenue, San Leandro, CA
and 1260 Brighton Avenue, Apt 101, Albany, CA. Both addresses are known to be previous addresses of
Jose Holmes.

58.      On 5/15/10, I observed Brown drive to Holmes' residence in Tracy, CA, at approximately 15:55
hours. Brown departed that location at 17:40 hours and drove to a Safeway in Livermore, CA, remaining
at the store between 18:06 and 18:20 hours. Brown then drove to two Safeway locations in Danville, CA
between 19:35 and 20:05 hours. After departing Danville, Brown drove to a Safeway in Alamo, CA,
remaining between 20:20 and 20:30 hours. Lastly, Brown went to a Safeway in Walnut Creek, CA (from
20:40 to 21:15 hours) before returning to Tracy at approximately 22:00 hours. Brown departed Tracy en
route his residence at about 00:30 hours on the morning of 5/16/10.

59.      On 5/17/10, I contacted Tony Higgins (Safeway Fraud Prevention) in order to determine if any
fraudulent transactions occurred at the Safeway store locations and times detailed above. Mr. Higgins
was not able to immediately identify fraudulent reloads of Visa Only1 cards. However, Mr. Higgins was
able to identify an unusually large number of Visa prepaid cards that were purchased for cash at times
and locations that coincided with Brown's activity on 5/15/10.

60.      On 5/18/10, I observed a silver vehicle with license plate 5RWD470 (registered to Aunita Hollis)
parked in the garage at 2107 Babcock Lane in Tracy, CA. I later observed Jose Holmes depart that
address in the same vehicle and drive to the Safeway store located at 1801 West 11th Street in Tracy. I
further observed Holmes purchase two prepaid Visa cards, with cash, from the Safeway customer service
counter between 15:50 and 15:55 hours. Following the transaction, Holmes returned to his residence.
The store manager advised me that Holmes had also been in the store earlier that day attempting
(unsuccessfully) to reload a different prepaid card. In addition, the store manager contacted me later that

same day to inform me that Holmes returned to the store after I departed and checked the balances on several prepaid cards.

61.     Also on 5/20/10, I observed Brown parked in front of 2073 Wallace Avenue, San Leandro, CA at approximately 18:00 hours. Vehicles with the following license plates were also parked at the same address: 5YEK880 (registered to Tomico McCoy, 1525 96th Avenue, Apt 1, Oakland, CA), 4HDZ070 (registered to Edwin and Lois McCoy, 2536 Jacobs Street, Hayward, CA) and 2JGR955 (registered to Erenia Moran, 6433 Thornton Avenue, Newark, CA).

62.     On 5/21/10, Officer Josh McFall (Pacifica Police Department) and I conducted a vehicle and foot surveillance of James Brown and Jose Holmes. Brown picked up Holmes at his address in Tracy, CA at approximately 15:20. At 16:10 pm, Brown's vehicle traveled east from Tracy and parked in the parking lot in front of the Safeway grocery store at 1187 S. Main St, Manteca, CA. I spoke to the store manager immediately after Brown's vehicle departed that location (approximately 16:50 pm), and she advised me of the following:

> A black male with a blue jacket, white t-shirt, blue jeans, and white athletic shoes attempted to reload a prepaid debit card with a credit card at one of the registers. When he was told that Safeway would only accept cash for a reload, he became irritated and stated that he had conducted the same transaction with credit cards at Safeway stores in Stockton. He even attempted to instruct the cashier as to the proper key sequence to complete the transaction.

63.     I contacted the store manager of the Safeway at 6445 Pacific Ave in Stockton, to advise him that I had reason to believe Holmes would enter his store location momentarily and attempt to reload a prepaid debit card with a credit card. Holmes and Brown arrived at that store location at approximately 17:30 pm and departed at 17:45 pm. The manager monitored the transaction and confirmed that Holmes was wearing a blue jacket, white t-shirt, and blue jeans. He also confirmed that he departed in a silver BMW 745 with another black male driving.

64.     Holmes and Brown arrived at the Safeway at 5021 Laguna Blvd in Elk Grove, CA at approximately 19:00. I entered the store before Holmes and observed his entrance. He walked directly

16

to the check out line. I stood behind him in line as he made one unsuccessful attempt to reload a Visa prepaid card with a credit card, and then completed one successful transaction. He departed the store, entered the front passenger seat of Brown's BMW, and departed the parking lot at approximately 19:19.

65.     Following their departure from the Laguna Blvd Safeway, I observed their vehicle drive to the Safeway at 8377 Elk Grove Florin Rd in Sacramento, CA. At approx 19:50, I observed Holmes walk from the Safeway gas station convenience store, enter Brown's vehicle, and depart northbound.

66.     Upon arriving at the Safeway at 424 Howe Ave in Sacramento, I observed Holmes standing at the Citi ATM located on the west side of the storefront. When he finished his transaction at the ATM, he entered the store. Ofc. McFall followed Holmes into the store and observed Holmes waiting in checkout lane 3. Holmes then moved to lane 4 and reloaded a prepaid Visa card using a credit card. According to the cashier, Holmes conducted two transactions. The cashier requested that he present identification. Holmes did so; however, he would not relinquish possession of his driver's license to the cashier for a closer look. The cashier stated that the name on the license matched the name on the credit card; she also noticed that Holmes had several cards in his hand at the time of the transaction.

67.     After departing the Howe Ave Safeway at approximately 8:28 pm, Holmes and Brown proceeded to the Safeway at 1025 Alhambra Blvd in Sacramento. They arrived at that location at about 20:37 and departed at approximately 20:54.

68.     On 5/24/10, Safeway provided store records and video for the transactions that were observed by Ofc. Josh McFall and myself on 5/21/10. Safeway records match one attempted and 9 completed fraudulent transactions to Holmes for a total fraud loss of $2,020 on that date.

69.     On 7/16/10, I examined text messages saved on the Metro PCS account of Jose Holmes (510-379-0612). The records contained numerous texts exchanged between Holmes and Andre Williams (510-455-0095) regarding payment to Williams for vehicles he rented for Holmes. Also, in the course of a disagreement with Holmes on 2/27/10, his wife wrote, "U and ur credit card fraud committing ass." In her next text, she continued, "I got ur whole crime conspiracy dwn."

70.     On 7/20/10, I examined text messages saved on the Metero PCS account of Lonell "J R" Lindsey (510-355-4071). The text message records include a message sent to Lindsey by the phone number 707-712-3430 stating, "Text me a few of them nums". Lindsey later replies with the following:

17

"M5404441600062282=12012010000000000045 M5148691002025706=09102011033136100000 V4549541677733811=10091010001978528000", which is the account numbers and track data for two MasterCards and one Visa card. A Bank Identification Number (BIN) lookup for these three cards revealed that they were all issued by overseas banks (Credit Suisse – Switzerland, Cathay United Bank – Taiwan, and Banco Popular de Puerto Rico – Puerto Rico). An examination of Safeway records revealed that the MasterCard (last four x2282) was used fraudulently at the Safeway in American Canyon, CA two times on 2/26/09. In addition, the Visa (last four x3811) was used on 6/28/09 for one fraudulent transaction at a Safeway in Novato, CA. On 7/3/10, the same Visa card was used fraudulently five times at a Safeway in Hayward, CA and once at a Safeway in Fremont, CA.

71.    On 8/5/10, I received an update from Tony Higgins (Safeway Fraud Prevention Manager) regarding the most recent fraud activity at Safeway associated with this investigation. Mr. Higgins' summary included the fraudulent use of over 600 different credit cards in well over 1,000 transactions for a total loss of $595,120.80 in Safeway stores alone. In addition, over 250 Visa Only1 prepaid debit card activations were linked to this investigation.

**CONCLUSION**

Based on the foregoing facts, my training and experience, and consultation with experienced special agents and police officers, I feel there is probable cause to believe that Jose D. Holmes, James Brown, Deanna Williams, (and additional co-conspirators) have entered into a conspiracy utilizing identity theft and stolen credit card account information to defraud numerous victims. The fraud attributable to this group has occurred since at least 7/14/08 and the dollar loss is estimated to be in excess of $595,000. Therefore, I respectfully request that the Court issue arrest warrants for Jose D. Holmes, James Brown, Deanna Williams.

PAUL GRIMM
Special Agent
United States Secret Service

18

Approved as to form.

Carolyn K. Delaney
Assistant United States Attorney

Subscribed and sworn to me this _____ day of
August, 2010

Dale A. Drozd
United States Magistrate Judge
Sacramento, California