UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAMES BROWN , ) <br> ) <br> Defendant. ) | Case No. 2:10-MJ-0240-2 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JAMES BROWN</u>, Case No. <u>2:10-MJ-0240-1</u>, Charge <u>Title 18 USC §§ 1028, 1028A, 1029, 1343, 1956</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___  Release on Personal Recognizance

 ✔  Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

   ✔  Unsecured Appearance Bond

   ___  Appearance Bond with 10% Deposit

   ___  Appearance Bond with Surety

   ___  Corporate Surety Bail Bond

   ✔  (Other)  <u>With pretrial services supervision and conditions of</u>

       <u>release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 13, 2010</u> at <u>4:00</u> pm .

By _____
Dale A. Drozd
United States Magistrate Judge