```
BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR NO. S-10-361 LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER RE STATUS |
| ) | CONFERENCE |
| JAMES BROWN, ) | |
| DEANNA WILLIAMS, and ) | |
| KELLY MILES, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

On January 25, 2011, at 9:15 a.m., this matter came on for a status conference. The United States appeared through Assistant United States Attorney Carolyn K. Delaney. Defendant James Brown appeared with his counsel Daniel Horowitz; defendant Deanna Williams appeared with her attorney Michael Bigelow; and defendant Kelly Miles appeared through his attorney Ron Peters as the defendant has a waiver of appearance on file.

Mr. Horowitz was conditionally appointed as Mr. Brown's attorney under the Criminal Justice Act provisions. Mr. Brown and Ms. Williams were arraigned on the Superseding Indictment, and entered pleas of not guilty. The government and the defendants agreed that a further status conference should be scheduled on

1

March 1, 2011, and that time should be excluded until that date based on the need for all defense counsel to review the discovery and prepare (local code T4).

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1. The case is scheduled for a further status conference on March 1, 2011.

2. The time between January 25, 2011 and March 1, 2011 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(7)(A), to give the defendants time to review the discovery and to adequately prepare. The Court specifically finds that the case is complex and that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

DATE: January 27, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT