BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-10-361 LKK |
| Plaintiff, | |
| v. | ORDER RE STATUS CONFERENCE |
| JAMES BROWN and KELLY MILES, | |
| Defendants. | |

On March 1, 2011, at 9:15 a.m., this matter came on for a status conference. The United States appeared through Assistant United States Attorney Carolyn K. Delaney. Defendant James Brown appeared with his counsel Daniel Horowitz; defendant Kelly Miles appeared through his attorney Ron Peters as the defendant has a waiver of appearance on file.

The government and the defendants agreed that a further status conference should be scheduled on April 19, 2011, and that time should be excluded until that date based on the need for all defense counsel to review the discovery and prepare (local code T4).

Accordingly, the Court entered the following orders:

1

For good cause shown, IT IS HEREBY ORDERED THAT:

1. The case is scheduled for a further status conference on April 19, 2011.

2. The time between March 1 and April 19, 2011 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161 (h)(7)(A), to give the defendants time to review the discovery and to adequately prepare. The Court specifically finds that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

DATE: March 7, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT