```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 10-361 LKK |
| Plaintiff, ) | |
| v. ) | |
| JAMES BROWN, ) | STIPULATION AND ORDER |
| Defendant. ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, that the status conference currently scheduled for Tuesday, April 19, 2011, should be vacated; and a further status conference should be scheduled for Tuesday, May 17, 2011.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to May 17, 2011, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), for continuity of counsel and defense preparation. The Court specifically finds

1

that a continuance is necessary to give the defendant reasonable time to prepare for trial in this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: April 19, 2011                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                U.S. Attorney

                                                /s/ Carolyn K. Delaney

                                                CAROLYN K. DELANEY
                                                Assistant U.S. Attorney

Dated: April 19, 2011                /s/ Daniel Horowitz

                                                DANIEL HOROWITZ
                                                Attorney for
                                                JAMES BROWN

**ORDER**

**IT IS HEREBY ORDERED**:    That the status conference set for April 19, 2011 is VACATED; and a further status conference for May 17, 2011 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and May 17, 2011, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.  The Court specifically finds that a continuance is necessary to give the defendant reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: April 19, 2011

                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT