```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2798
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )
                                )    CR NO. S-10-361 LKK
11              Plaintiff,      )
                                )
12        v.                    )    ORDER RE STATUS
                                )    CONFERENCE
13  JAMES BROWN,                )
                                )
14                              )
                Defendant.      )
15  _____)
```

16    On May 17, 2011, at 9:15 a.m., this matter came on for a
17 status conference. The United States appeared through Assistant
18 United States Attorney Carolyn K. Delaney. Defendant James Brown
19 appeared with attorney Dennis Waks, standing in for counsel Daniel
20 Horowitz.
21    The government and the defendant agreed that a change of plea
22 hearing should be scheduled on June 21, 2011, and that time should
23 be excluded until that date based on the need for defense counsel
24 to review the discovery and prepare (local code T4).
25    Accordingly, the Court entered the following orders:
26    For good cause shown, IT IS HEREBY ORDERED THAT:
27    1.   The case is scheduled for a change of plea hearing on
28 June 21, 2011.

1

2.  The time between May 17 and June 21, 2011 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161 (h)(7)(A), to give the defendant time to review the discovery and to adequately prepare.  The Court specifically finds that a continuance is necessary to give the defendant reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATE: May 20, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT